```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 06293
   KATHY M KRENNRICH
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-2890


------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 07/31/2007 and was not confirmed.

     The case was dismissed without confirmation 09/20/2007.
------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------
GREGG SZILAGYI            ADMINISTRATIV    NOT FILED           .00           .00
ROUNDUP FUNDING LLC       UNSECURED          1343.15           .00           .00
BEHAVIORAL HEALTHCARE     UNSECURED        NOT FILED           .00           .00
CAPITAL ONE               UNSECURED        NOT FILED           .00           .00
CAPITAL ONE               UNSECURED        NOT FILED           .00           .00
CITIBANK                  NOTICE ONLY      NOT FILED           .00           .00
MEDICAL COLLECTIONS SYST  UNSECURED        NOT FILED           .00           .00
DIAGNOSTIC IMAGING ASSOC  NOTICE ONLY      NOT FILED           .00           .00
HSBC NV                   NOTICE ONLY      NOT FILED           .00           .00
CHASE BANK USA NA         UNSECURED           243.35           .00           .00
MIDWEST DIAGNOSTIC PATHO  UNSECURED        NOT FILED           .00           .00
CUSTOMER SERVICE CENTER   UNSECURED        NOT FILED           .00           .00
RETRIEVAL MASTERS CRED B  NOTICE ONLY      NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        NOT FILED           .00           .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        NOT FILED           .00           .00
PORTFOLIO RECOVERY SERVI  NOTICE ONLY      NOT FILED           .00           .00
RESURRECTION MEDICAL CEN  UNSECURED        NOT FILED           .00           .00
RMC PATHOLOGY ASSOCIATE   UNSECURED        NOT FILED           .00           .00
DEBT RECOVERY SOLUTIONS   UNSECURED        NOT FILED           .00           .00
TARGET NATIONAL BANK      UNSECURED        NOT FILED           .00           .00
TARGET NATIONAL BANK      NOTICE ONLY      NOT FILED           .00           .00
THD/CBSD                  UNSECURED        NOT FILED           .00           .00
COMPUTERSHARE TRUST       NOTICE ONLY      NOT FILED           .00           .00
PROVIDIAN                 NOTICE ONLY      NOT FILED           .00           .00
WORLDWIDE ASSET PURCHASI  UNSECURED          9909.85           .00           .00
ROBERT V SCHALLER ^       DEBTOR ATTY            .00                         .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                      .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 07 B 06293 KATHY M KRENNRICH

```
PRIORITY                                                                    .00
SECURED                                                                     .00
UNSECURED                                                                   .00
ADMINISTRATIVE                                                              .00
TRUSTEE COMPENSATION                                                        .00
DEBTOR REFUND                                                               .00
                                      ---------------      ---------------
TOTALS                                            .00                  .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
    Dated: 12/27/07                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```